**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

1. **Debtor's name** _____

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___
   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**
   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____
   ☐ Other _____. Describe identifier _____.

3. **Name of foreign representative(s)** _____

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** _____

5. **Nature of the foreign proceeding**

   *Check one:*
   ☐ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☐ Yes

Debtor _____    Case number (*if known*)_____
         Name

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number      Street

_____
P.O. Box

_____
City            State/Province/Region      ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number      Street

_____
P.O. Box

_____
City            State/Province/Region      ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number      Street

_____
P.O. Box

_____
City            State/Province/Region      ZIP/Postal Code

_____
Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**

*Check one:*

❑ Non-individual (*check one*):

  ❑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ❑ Partnership

  ❑ Other. Specify: _____

❑ Individual

Debtor _____   Case number (*if known*)_____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ _/s/ Rach_____   _____
    Signature of foreign representative                  Printed name

Executed on _____
               MM  / DD /  YYYY

✘ _____   _____
    Signature of foreign representative                  Printed name

Executed on _____
               MM  / DD /  YYYY

**14. Signature of attorney**

✘ _____   Date  _____
    Signature of Attorney for foreign representative          MM   / DD / YYYY

_____
Printed name
_____
Firm name
_____
Number     Street
_____   _____
City                                          State        ZIP Code

_____   _____
Contact phone                                 Email address

_____   _____
Bar number                                           State

## "ATTACHMENT TO CHAPTER 15 PETITION"

**IN RE CAPITAL MANAGEMENT OF BERMUDA, LTD. (IN PROVISIONAL LIQUIDATION)**

*Statement regarding line 8(i), persons or bodies authorized to administer foreign proceedings of the debtor*

- Rachelle Frisby (joint provisional liquidator ("**JPL**") of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

- John Johnston (JPL of the debtor)
  c/o Deloitte Ltd.
  Corner House, 20 Parliament Street
  Hamilton HM 12
  Bermuda

Both Rachelle Frisby and John Johnston were appointed by the Supreme Court of Bermuda to act as the duly authorized foreign representatives of the debtor.

*Statement regarding line 8(ii), parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition*

- The debtor is not currently party to any litigation pending in the United States.

*Statement regarding line 8(iii), entities against whom provisional relief is being sought under §1519 of the Bankruptcy Code*

- Bankruptcy Rule 1007(a)(4) provides, in relevant part, that "a foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . unless the court orders otherwise, a list containing the names and addresses of . . . all entities against whom provisional relief is being sought under §1519 of the Code." Fed. R. Bankr. P. 1007(a)(4). The Joint Provisional Liquidators are not seeking any provisional relief, such that there is no need to disclose the identity of such entities or parties.